

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00525-CV

Joe **GREINER** and Greiner & Associates, PLLC,
Appellants

v.

Calvin **WOMACK**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-07288
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. We ORDER that appellee recover the costs of his appeal from appellants.

SIGNED October 23, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice